

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-22-00232-CV

**CHAMPION FOOD SERVICE, INC.** and Champion Food Service 2, Inc.,
Appellants/Cross-Appellees

v.

**PROALAMO FOODS, L.L.C.** and ProCoastal, L.L.C.,
Appellees/Cross-Appellants

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-10530
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellants' Unopposed First Motion for Extension of Time to File Reply Brief is hereby GRANTED. The reply brief is due on or before January 24, 2023.

It is so **ORDERED** on January 11, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

